**Opinion filed October 15, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00287-CV

_____

## EX PARTE TIMOTHY W. BUCHANAN

**On Appeal from the 132nd District Court**
**Borden County, Texas**
**Trial Court Cause No. 1176**

### M E M O R A N D U M   O P I N I O N

Appellant filed his pro se notice of appeal on September 10, 2009; however, it appears that an appealable order or judgment has not been entered. On September 22, 2009, the clerk of this court wrote the parties advising them that it appeared an appealable order or judgment had not been entered and directing appellant to respond in writing on or before October 7, 2009, showing grounds for continuing the appeal.

Appellant has filed an advisory to the court arguing that his record should be expunged and that he should be released. Appellant attacks the 1999 and 2003 proceedings against him. Appellant does not argue or establish that an appealable order or judgment has been entered. Appellant has failed to invoke the jurisdiction of this court.

The appeal is dismissed for want of jurisdiction.


October 15, 2009                                         PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.